[No. 5991.]

NATIONAL FIRE INSURANCE CO. v. COLORADO & SOUTHERN
RAILWAY CO.

The case ruled by the judgment in *British America Co. v. Colorado Co.* 52 Colo. 589.

*Appeal from Gunnison District Court.*—Hon. THERON STEVENS, Judge.

Messrs. BICKSLER, BENNETT & NYE and Mr. G. D. BLOUNT, for appellant.

Mr. E. E. WHITTED, for appellee.

Mr. JUSTICE GARRIGUES delivered the opinion of the court.

This case presents the identical question presented in No. 5857, *British America Co. v. Colorado & Southern Railway Co.*, 52 Colo. 589, 125 Pac. 1135.

For the reasons stated in that opinion, the judgment is reversed and the case remanded.

*Reversed.*

CHIEF JUSTICE MUSSER and Mr. JUSTICE SCOTT concur.